AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED - USDC - BPT - C
SEP 30 2024 AM 9:33

| United States of America | ) |
|---|---|
| v. | ) |
| Adam Wolfe | ) Case No. 3:24-mj-873 (SDV) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Apr. 6, 2019 through Nov. 22, 2023 in the county of Fairfield in the _____ District of Connecticut, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(B), (b)(1); 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) | receipt of child pornography; possession of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit of James W. Russell, dated September 30, 2024, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

James Russell Special Agent HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/30/2024

_____
Judge's signature

City and state: Bridgeport, Connecticut    Hon. S. Dave Vatti, U.S. Magistrate Judge
Printed name and title